UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:16-CV-62889-WPD

MARIA E. JUAN,

        Plaintiff,

vs.

SYMMETRY MANAGEMENT
CORPORATION d/b/a FINANCIAL
MANAGEMENT SERVICES, INC. and
d/b/a FINANCIAL MANAGEMENT
SERVICES,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CAUSE OF ACTION

Defendants, SYMMETRY MANAGEMENT CORPORATION d/b/a FINANCIAL MANAGEMENT SERVICES, INC. and d/b/a FINANCIAL MANAGEMENT SERVICES ("Defendants"), hereby files this Notice of Withdrawal of Motion to Dismiss Complaint for Failure to State a Cause of Action and, in support thereof, states as follows:

1. On January 13, 2017, Defendants filed a Motion to Dismiss Complaint for Failure to State a Cause of Action ("Motion to Dismiss") [DE 10].

2. On January 27, 2017, the parties reached a settlement agreement to amicably resolve this matter. Accordingly, Defendants withdraw their Motion to Dismiss.

3. The parties are finalizing the settlement documents and expect to have a Stipulation of Dismissal filed per the timing and terms set forth in the parties' settlement agreement.

        Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626

*/s/ Charles E. Fombrun*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
AKG@lgplaw.com
CHARLES E. FOMBRUN
Florida Bar No. 105133
CEF@lgplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Charles E. Fombrun*
        Charles E. Fombrun